UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor
JAMES & VERNETTE RICHBURG

Order Filed on April 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES & VERNETTE RICHBURG

Case No.: 12-36915

Hearing Date: _____

Judge: Michael B Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*.  The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❏ Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
James Richburg  
Vernette Richburg  
    Debtors

Case No. 12-36915-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 28, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.  
db/jdb        James Richburg,    Vernette Richburg,    9 Marshall Drive,    Ocean, NJ    07712-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:

            Albert   Russo     docs@russotrustee.com  
            Albert   Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com  
            Andrew L. Spivack     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE  
             CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS- THROUGH CERTIFICATES  
             SERIES 2007-AMC1 nj.bkecf@fedphe.com  
            Andrew L. Spivack     on behalf of Creditor    BANK OF AMERICA, N.A., S/B/M/T BAC HOME LOANS  
             SERVICING, L.P. SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATE  
             HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PAS nj.bkecf@fedphe.com  
            Andrew L. Spivack     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass  
             Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee as serviced  
             by Specialized Loan Servicing LLC nj.bkecf@fedphe.com  
            Andrew L. Spivack     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
            Denise E. Carlon     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass  
             Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for  
             U.S. Bank National Association as Trustee for the Certificateholders of Citigroup Mortgage Loan  
             Trust Inc., Asset-Backed Pass Through Certificates, Seri nj_ecf_notices@buckleymadole.com  
            Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for  
             U.S. Bank National Association as Trustee for the Certificateholders of   Citigroup Mortgage Loan  
             Trust Inc., Asset-Backed Pass Through Certificates, Ser nj_ecf_notices@buckleymadole.com  
            James J. Cerbone     on behalf of Debtor James   Richburg cerbonelawfirm@aol.com  
            James J. Cerbone     on behalf of Joint Debtor Vernette   Richburg cerbonelawfirm@aol.com  
            John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc.  
             mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com  
                                                                                                     TOTAL: 12