**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Santander Consumer USA, Inc.
Our File No.: 44388
JM-5630

**Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James Richburg
Vernette Richburg

Case No.: 12-36915

Hearing Date: _____

Judge: MBK

Chapter: 13

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of _____Santander Consumer USA, Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

    2007 Lincoln MKX
    Vehicle Identification Number
    2LMDU88CX7BJ38009

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
James Richburg  
Vernette Richburg  
    Debtors

Case No. 12-36915-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 28, 2017  
                          Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.  
db/jdb        James Richburg,   Vernette Richburg,   9 Marshall Drive,   Ocean, NJ  07712-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com  
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS- THROUGH CERTIFICATES SERIES 2007-AMC1 nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A., S/B/M/T BAC HOME LOANS SERVICING, L.P. SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PAS nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee as serviced by Specialized Loan Servicing LLC nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
          Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Seri nj_ecf_notices@buckleymadole.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association as Trustee for the Certificateholders of  Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Ser nj_ecf_notices@buckleymadole.com  
          James J. Cerbone    on behalf of Debtor James  Richburg cerbonelawfirm@aol.com  
          James J. Cerbone    on behalf of Joint Debtor Vernette  Richburg cerbonelawfirm@aol.com  
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. mortonlaw.bcraig@verizon.net, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
                                                                   TOTAL: 12