UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J Cerbone, Esquire
2430 Route 34
Building B, Suite 22
Wall, NJ 08736
(732)-681-6800

**Order Filed on July 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James & Vernette Richburg

Case No.: 12-36915

Chapter: 13

Judge: MBK

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 28, 2017**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

After review of the application of _____James J Cerbone_____ for the reduction of time for a hearing on  Motion to Impose the Automatic Stay_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____8/1/17_____ at \_9:30am\_ in the United States Bankruptcy Court, _____402 East State Street Trenton NJ_____, Courtroom No. \_\_8\_\_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 All interested parties_____

_____

by ☒ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
James Richburg  
Vernette Richburg  
    Debtors

Case No. 12-36915-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 28, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.  
db/jdb        James Richburg,    Vernette Richburg,    9 Marshall Drive,    Ocean, NJ    07712-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:  
            Albert    Russo    docs@russotrustee.com  
            Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com  
            Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE  
             CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS- THROUGH CERTIFICATES  
             SERIES 2007-AMC1 nj.bkecf@fedphe.com  
            Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A., S/B/M/T BAC HOME LOANS  
             SERVICING, L.P. SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATE  
             HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PAS nj.bkecf@fedphe.com  
            Andrew L. Spivack    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass  
             Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee as serviced  
             by Specialized Loan Servicing LLC nj.bkecf@fedphe.com  
            Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
            Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass  
             Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for  
             U.S. Bank National Association as Trustee for the Certificateholders of Citigroup Mortgage Loan  
             Trust Inc., Asset-Backed Pass Through Certificates, Seri nj_ecf_notices@buckleymadole.com  
            Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for  
             U.S. Bank National Association as Trustee for the Certificateholders of  Citigroup Mortgage Loan  
             Trust Inc., Asset-Backed Pass Through Certificates, Ser nj_ecf_notices@buckleymadole.com  
            James J. Cerbone    on behalf of Debtor James  Richburg cerbonelawfirm@aol.com  
            James J. Cerbone    on behalf of Joint Debtor Vernette  Richburg cerbonelawfirm@aol.com  
            John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,  
             mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
                                                                                                                TOTAL: 12