JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

Order Filed on September 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**JAMES & VERNETTE RICHBURG**

DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 12-36915/MBK

## ORDER REIMPOSING THE AUTOMATIC STAY AS TO SANTANDER

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: September 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: James & Vernette Richburg

Case Number: 12-36915

Caption of Order:  Order Reimposing the automatic stay as to Santander

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is reimposed as to Santander, and

**IT IS FURTHER ORDERED** that the remaining due to Santander is $513.27, this includes $128.27 that was remaining on the account plus $385 for repossession fees.  The debtor shall receive the title to their vehicle after Santander receives this final payment.

**IT IS FURTHER ORDERED** that counsel for Santander, John Morton, shall be paid $350.00 through the debtors' Chapter 13 plan.