JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on September 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| **JAMES & VERNETTE** | CHAPTER 13 |
| **RICHBURG** | CASE NO.: 12-36915/MBK |
| DEBTORS | |

**ORDER REIMPOSING THE AUTOMATIC STAY AS TO SANTANDER**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: September 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: James & Vernette Richburg

Case Number: 12-36915

Caption of Order: Order Reimposing the automatic stay as to Santander

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is reimposed as to Santander, and

**IT IS FURTHER ORDERED** that the remaining due to Santander is $513.27, this includes $128.27 that was remaining on the account plus $385 for repossession fees. The debtor shall receive the title to their vehicle after Santander receives this final payment.

**IT IS FURTHER ORDERED** that counsel for Santander, John Morton, shall be paid $350.00 through the debtors' Chapter 13 plan.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 12-36915-MBK
James Richburg                                                  Chapter 13
Vernette Richburg
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin             Page 1 of 1             Date Rcvd: Sep 19, 2017
                               Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db/jdb         James Richburg,   Vernette Richburg,   9 Marshall Drive,   Ocean, NJ  07712-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS- THROUGH CERTIFICATES
               SERIES 2007-AMC1 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A., S/B/M/T BAC HOME LOANS
               SERVICING, L.P. SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATE
               HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PAS nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
               Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee as serviced
               by Specialized Loan Servicing LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
               Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               U.S. Bank National Association as Trustee for the Certificateholders of Citigroup Mortgage Loan
               Trust Inc., Asset-Backed Pass Through Certificates, Seri nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               U.S. Bank National Association as Trustee for the Certificateholders of  Citigroup Mortgage Loan
               Trust Inc., Asset-Backed Pass Through Certificates, Ser nj_ecf_notices@buckleymadole.com
              James J. Cerbone    on behalf of Debtor James  Richburg cerbonelawfirm@aol.com
              James J. Cerbone    on behalf of Joint Debtor Vernette  Richburg cerbonelawfirm@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 12