**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James Richburg** | Social Security number or ITIN    xxx–xx–1050 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Vernette Richburg** | Social Security number or ITIN    xxx–xx–7543 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    **12–36915–MBK**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Richburg                              Vernette Richburg

12/7/18                                    **By the court:** Michael B. Kaplan
                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 12-36915-MBK
James Richburg                                                       Chapter 13
Vernette Richburg
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 07, 2018
                             Form ID: 3180W        Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db/jdb        James Richburg,   Vernette Richburg,   9 Marshall Drive,   Ocean, NJ  07712-3704
cr           +BANK OF AMERICA, N.A., S/B/M/T BAC HOME LOANS SERV,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr           +Specialized Loan Servicing LLC, as servicer for U.,   P. O. Box 9013,   Addison, TX 75001-9013
cr           +Specialized Loan Servicing LLC, as servicer for U.,   C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr           +U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517453201     ANSON STREET,   C/O SHELLPOINT MORTGAGE SERVICING,   PO BOX 10826,   GREENVILLE SC 29603-0826
517453202    +ANSON STREET,   C/O SHELLPOINT MORTGAGE SERVICING,   PO BOX 10826,   GREENVILLE SC 29603-0826,
              ANSON STREET,   C/O SHELLPOINT MORTGAGE SERVICING 29603-0826
513734146    +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
513484883    +Capital One Bank,   Attn: Goldman & Warshaw,   34 Maple Avenue, Ste 101,
              Pine Brook, NJ 07058-9394
513484885    +Cavalry SPV I LLC,   Attn: Schacter Portnoy,   3490Route 1,   Suite 6,
              Princeton, NJ 08540-5920
513484887     Citifinancial,   Bankruptcy Dept,   PO Box 140489,   Irving, TX 75014-0489
513484890    +GE Money Bank,   Attn: Portfolio Recovery & Affiliates,   120 Corporate Blvd Ste 100,
              Norfolk, VA 23502-4952
513484894    +Home Depot Credit Services,   PO Box 790328,   St. Louis, MO 63179-0328
513484895    +IRA Klemons,   Attn: Ralph Gulko,   Pressler & Pressler,   7 Entin Road,
              Parsippany, NJ 07054-5020
513697477    +Ira Klemons DDS PHD PC,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
              Parsippany NJ 07054-5020
513484896     JCP&L,   PO Box 3687,   Akron, OH 44309-3687
513484897    +NJ Natural Gas Co,   PO Box 1378,   Wall, NJ 07719-1378
513484898    +Ocean Township Tax Collector,   399 Monmouth Road,   Oakhurst, NJ 07755-1550
513484899     Resurgent Mortgage Servicing,   PO Box 19002,   Greenville, SC 29602-9002
513543653    +Sallie Mae Inc. on behalf of GLHEC,   2401 International Lane,   Madison, WI 53704-3121
513484901     Santander Consumer USA,   PO Box 6660633,   Dallas, TX 75266-0633
515288314    +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
515288315    +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,   Specialized Loan Servicing, LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
514660511    +U.S. Bank National Association As Trustee et.al.,   Bank Of America, N.A.,
              7105 Corporate Drive,   Plano, TX 75024-4100
513484903    +Vacation Charters Limited,   Attn:Monterey Collection Service,   4095 Avendia Dela Plata,
              Oceanside, CA 92056-5802


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2018 00:48:00    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2018 00:47:57    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: DRIV.COM Dec 08 2018 05:13:00    Santander Consumer USA Inc.,   P.O. Box 562088,
              Suite 900 North,   Dallas, TX 75356-2088
513738408     EDI: RESURGENT.COM Dec 08 2018 05:13:00    Anson Street LLC,   c/o Resurgent Capital Services,
              P.O. Box 10675,   Greenville, SC 29603-0675
513484881     EDI: BANKAMER.COM Dec 08 2018 05:13:00    BAC Home Loans,   PO Box 5170,
              Simi Valley, CA 93062-5170
513484882     EDI: TSYS2.COM Dec 08 2018 05:13:00    Barclays Card,   PO Box 13337,
              Philadelphia, PA 19101-3337
513550740    +E-mail/Text: bncmail@w-legal.com Dec 08 2018 00:48:11    CHESWOLD (OPHRYS), LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513484884     EDI: CAPITALONE.COM Dec 08 2018 05:13:00    Capital One Bank,   PO Box 71083,
              Charlotte, NC 28272-1083
513596458     EDI: CAPITALONE.COM Dec 08 2018 05:13:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC 28272-1083
513594800    +E-mail/Text: bankruptcy@cavps.com Dec 08 2018 00:48:21    Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
513484886     EDI: CHASE.COM Dec 08 2018 05:13:00    Chase,   PO Box 15153,   Wilmington DE 19886-5153
513484889     EDI: RCSFNBMARIN.COM Dec 08 2018 05:13:00    Credit One Bank,   PO Box 60500,
              City of Industry, CA 91716-0500
513701226     EDI: ECMC.COM Dec 08 2018 05:13:00    ECMC,   PO Box 75906,   St. Paul, MN 55175
513484891    +EDI: RMSC.COM Dec 08 2018 05:13:00    GE Money Bank,   Bankruptcy Dept,   PO Box 103104,
              Roswell, GA 30076-9104
513599406     EDI: RESURGENT.COM Dec 08 2018 05:13:00    LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587

```
District/off: 0312-3              User: admin                    Page 2 of 2                    Date Rcvd: Dec 07, 2018
                                 Form ID: 3180W                  Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513617361        EDI: RESURGENT.COM Dec 08 2018 05:13:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of CitiFinancial, Inc.,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513752172        EDI: PRA.COM Dec 08 2018 05:13:00       Portfolio Recovery Associates, LLC,   c/o Sams Club,
                 POB 41067,    Norfolk VA 23541
513732150        EDI: PRA.COM Dec 08 2018 05:13:00       Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
513484900        EDI: NAVIENTFKASMESERV.COM Dec 08 2018 05:13:00       Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
513507314        EDI: DRIV.COM Dec 08 2018 05:13:00       Santander Consumer USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
513484902        EDI: TDBANKNORTH.COM Dec 08 2018 05:13:00       TD Bank,    PO Box 9547,    Portland, ME 04112-9547
                                                                                                       TOTAL: 21


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513484888*      Citifinancial,    Bankruptcy Dept,    PO Box 140489,    Irving, TX 75014-0489
513484892*     +GE Money Bank,    Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
513484893*     +GE Money Bank,    Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
                                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
```
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
         CERTIFICATEHOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS- THROUGH CERTIFICATES
         SERIES 2007-AMC1 nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   BANK OF AMERICA, N.A., S/B/M/T BAC HOME LOANS
         SERVICING, L.P. SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATE
         HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PAS nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
         Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee as serviced
         by Specialized Loan Servicing LLC nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
        Denise E. Carlon   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
         Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
         U.S. Bank National Association as Trustee for the Certificateholders of  Citigroup Mortgage Loan
         Trust Inc., Asset-Backed Pass Through Certificates, Ser NJ_ECF_Notices@McCalla.com,
         NJ_ECF_Notices@McCalla.com
        Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
         U.S. Bank National Association as Trustee for the Certificateholders of Citigroup Mortgage Loan
         Trust Inc., Asset-Backed Pass Through Certificates, Seri NJ_ECF_Notices@McCalla.com,
         NJ_ECF_Notices@McCalla.com
        James J. Cerbone   on behalf of Joint Debtor Vernette  Richburg cerbonelawfirm@aol.com,
         cerbonejr83307@notify.bestcase.com
        James J. Cerbone   on behalf of Debtor James  Richburg cerbonelawfirm@aol.com,
         cerbonejr83307@notify.bestcase.com
        John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
                                                                               TOTAL: 13
```